**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____    Chapter ___**7**___

☐ Check if this is an
amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and
the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-

| | | |
|---|---|---|
| 1. | Debtor's name | **Sauk Valley Student Housing, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

3. Debtor's federal Employer    4  6  –  3  9  7  3  8  8  3

4. Debtor's address

| Principal place of business | Mailing address, if different from principal |
|---|---|
| **1608 Sauk Rd**<br>Number    Street | **c/o Frances A. Smith**<br>Number    Street<br>**Shackelford, Bowen, McKinley, & Norton**<br>P.O. Box<br>**9201 N. Central Expressway, Fourth Floor** |
| **Dixon**          **IL**    **61021**<br>City          State    ZIP Code | **Dallas**          **TX**    **75231**<br>City          State    ZIP Code |
| **Lee**<br>County | Location of principal assets, if different from principal place of business |
| | Number    Street |
| | City          State    ZIP Code |

5. Debtor's website (URL)    **http://www.saukcommons.com/**

6. Type of debtor
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:_____    _____

Debtor **Sauk Valley Student Housing, LLC**_____   Case number (if known)_____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☑ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/

__5__ __3__ __1__ __1__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101 (51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934

- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a

- ☐ No
- ☑ Yes. District **Northern District of Illinois** When **02/11/2011**   Case number **11-80536**
  - District_____ When_____ Case number_____
  - District_____ When_____ Case number_____

  MM / DD / YYYY

Debtor **Sauk Valley Student Housing, LLC** _____    Case number (if known)_____

**10.** Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1,

☑ No

☐ Yes. Debtor _____    Relationship_____

District _____    When _____
MM / DD / YYYY

Case number, if known_____

Debtor _____    Relationship_____

District _____    When _____
MM / DD / YYYY

Case number, if known_____

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180
days immediately preceding the date of this petition or for a longer part of such 180 days

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this

**12.** Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☑ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without
attention (for example, livestock, seasonal goods, meat, dairy, produce, or

☑ Other **It is student housing for Sauk Valley Community College.**

**Where is the property?** **1608 Sauk Road** _____
Number        Street

**Dixon, IL 61021** _____

_____
City                                        State        ZIP Code

**Is the property insured?**

☐ No

☑ Yes. Insurance agency **M3 Insurance Solutions, Inc.** _____

Contact name    **Kelly Staerz** _____

Phone        **608-273-1725** _____

### ▮ Statistical and adminstrative information

**13.** Debtor's estimation of available funds

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Sauk Valley Student Housing, LLC**_____   Case number (if known)_____

| 14. | Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | Estimated assets | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Part X:   Request for Relief, Declaration, and Signatures

**WARNING** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to

17. **Declaration and signature of authorized representative**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/19/2016**
MM / DD / YYYY

X **/s/ Roscoe Wilson**_____   **Roscoe Wilson**_____
Signature of authorized representative of debtor   Printed name

Title **President**_____

18. **Signature of attorney**

X **/s/ Frances A. Smith**_____   Date **05/19/2016**_____
Signature of Attorney for Debtor   MM / DD / YYYY

**Frances A. Smith**_____
Printed name

**Shackelford, Bowen, McKinley & Norton, LLP**_____
Firm Name

**9201 N. Central Expressway**_____
Number        Street

**4th Floor**_____

_____
City                              State      ZIP Code

Contact phone **(214) 780-1400**   Email address **fsmith@shackelfordlaw.net**

**24033084**_____   **TX**_____
Bar number   State

Debtor <u>Sauk Valley Student Housing, LLC</u>                    Case number (if known)_____

**14. Estimated number of creditors**

- ☐ 1-49
- ☑ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Part X:  Request for Relief, Declaration, and Signatures

WARNING .Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to

**17. Declaration and signature of authorized representative**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/19/2016
MM / DD / YYYY

X /s/ Roscoe Wilson                    Roscoe Wilson
Signature of authorized representative of debtor    Printed name

Title President

**18. Signature of attorney**

X /s/ Frances A. Smith                    Date 05/19/2016
Signature of Attorney for Debtor                    MM / DD / YYYY

Frances A. Smith
Printed name

Shackelford, Bowen, McKinley & Norton, LLP
Firm Name

9201 N. Central Expressway
Number        Street

4th Floor

_____
City                    State        ZIP Code

Contact phone (214) 780-1400        Email address fsmith@shackelfordlaw.net

24033084                    TX
Bar number                    State

---

**Fill in this information to identify the case and this filing:**

Debtor Name __Sauk Valley Student Housing, LLC__

United States Bankruptcy Court for the __NORTHERN DISTRICT OF ILLINOIS__

Case number _____
(if known)

---

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and
submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included
in the document, and any amendments of those documents. This form must state the individual's position or relationship to
the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership;
or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule_____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/19/2016__          X /s/ Roscoe Wilson
     MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                __Roscoe Wilson__
                                Printed name

                                __President__
                                Position or relationship to debtor

Debtor   Sauk Valley Student Housing, LLC _____   Case number (if known)_____
         Name

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other
    compensation, draws.

    ☑ No
    ☐ Yes.  Identify below.

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☑ No
    ☐ Yes.  Identify below.

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ☑ No
    ☐ Yes.  Identify below.

**Part 14:   Signature and Declaration**

WARNING -Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property in connection
with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is
true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/19/2016
             MM / DD / YYYY

X /s/ Roscoe Wilson _____   Printed name Roscoe Wilson _____
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor President

Are additional pages *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   The Chapter 7 Flat Fee does not include any litigation associated with the Chapter 7, including, but not limited to,
   defense of any Chapter 5 causes of action, defense of any removed and/or transferred lawsuit, defense of any
   securities actions, defense of any director and/or officer liability suits, defense of any adversary proceeding
   unless the adversary proceeding is a duplicate "belt and suspenders" proceeding to a contemporaneously filed
   bankruptcy motion mentioned above, defense of any motion or proceeding based on the failure of the company to
   timely respond to discovery requests and/or documents filed by any party in interest, appearing in any prior
   litigation of any type, wherever pending, prosecution or defense of any motion for relief or to modify the automatic
   stay, prosecuting or defending claim objections, the filing of proofs of claim (to the extent not included in the
   schedules) and any motion for sanctions or for contempt, all of which will require a separate fee agreement. The
   Chapter 7 Flat Fee also does not include any securities services other than ordinary notices required to be given to
   any governmental agencies relating solely to the bankruptcy filing. If any securities filings are necessary either in
   general or in order to comply with applicable securities and/or bankruptcy law or rule, a separate fee will need to
   be negotiated. The Chapter 7 Flat Fee also does not include the provision of any tax advisory services or tax
   preparation, accounting services or preparing accounting documents. The Chapter 7 Flat Fee excludes the fee of
   any expert witness or third-party service retained in connection with the Chapter 7 bankruptcy unless such expert
   or third-party is not approved by the Company.

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

| 05/19/2016 | /s/ Frances A. Smith | |
| Date | Frances A. Smith | Bar No. 24033084 |
| | Shackelford, Bowen, McKinley & Norton, LLP | |
| | 9201 N. Central Expressway | |
| | 4th Floor | |
| | Dallas, TX | |
| | 75231 | |

/s/ Roscoe Wilson
**Roscoe Wilson**
**President**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)

IN RE:   Sauk Valley Student Housing, LLC

CASE NO

CHAPTER   7

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  5/19/2016 _____        Signature  /s/ Roscoe Wilson _____
                                                      Roscoe Wilson
                                                      President

Date  5/20/16 _____          Signature _____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:

Case No.

SAUK VALLEY STUDENT HOUSING, L.L.C.,

Judge:

**RIGHTS AND RESPONSIBILITIES AGREEMENT BETWEEN**
**CHAPTER 7 DEBTORS AND THEIR ATTORNEYS**
**(Model Retention Agreement)**

Chapter 7 gives debtors important rights, such as the right to discharge both secured and non-secured debts, but Chapter 7 also puts burdens on debtors, such as the burden of making complete and truthful disclosures of their financial situation. It is important for debtors who file a Chapter 7 bankruptcy case to understand their rights and responsibilities in bankruptcy. In this connection, the advice of an attorney is often crucial. Debtors are entitled to expect certain services to be performed by their attorneys, but again, debtors have responsibilities to their attorneys also. In order to assure that debtors and their attorneys understand their rights and responsibilities in the Chapter 7 process, the judges of the Bankruptcy Court for the Northern District of Illinois have approved the following agreement, setting out the rights and responsibilities of both debtors in Chapter 7 and their attorneys. By signing this agreement, debtors and their attorneys accept these responsibilities.

***BEFORE THE CASE IS FILED***

THE DEBTOR AGREES TO:

1. Discuss with the attorney the debtor's objectives in filing the case.

2. Provide the attorney with full, accurate and timely information, financial and otherwise, including properly documented proof of income.

THE ATTORNEY AGREES TO:

1. Personally counsel the debtor regarding the advisability of filing either a Chapter 13 or a Chapter 7 case, discuss both procedures (as well as non-bankruptcy options) with the debtor, and answer the debtor's questions.

2. Personally explain to the debtor that the attorney is being engaged to represent the debtor on all matters arising in the case, as required by Local Bankruptcy rule and explain how and when the attorney's fees and the trustee's fees are determined and paid.

3. Personally review with the debtor and sign the completed petition, plan, statements, and schedules, as well as all amendments thereto, whether filed with the petition or later. (The schedules may be initially prepared with the help of clerical or paralegal staff of the attorney's office, but personal attention of the attorney is required for the review and signing.)

4. Timely prepare and file the debtor's petition, plan, statements, and schedules.

5. Explain to the debtor how, when, and where to make all necessary payments, including both payments

1

that must be made directly to creditors and payments that must be made to the Chapter 7 trustee, with particular attention to housing and vehicle payments.

6. Advise the debtor of the need to maintain appropriate insurance.

*AFTER THE CASE IS FILED*

THE DEBTOR AGREES TO:

1. Appear punctually at the meeting of creditors (also called the 341 meeting) with recent proof of income and a picture identification card. (If the identification card does not include the debtor's social security number, the debtor will also bring to the meeting a social security card.) The debtor must be present in time for check-in and when the case is called for the actual examination.

2. Notify the attorney of any change in the debtor's address or telephone number.

3. Inform the attorney of any wage garnishments or liens or levies on assets that occur or continue after the filing of the case.

4. Contact the attorney immediately if the debtor loses employment, has a significant change in income, or experiences any other significant change in financial situation (such as serious illness, lottery winnings, or an inheritance).

5. Notify the attorney if the debtor is sued or wishes to file a lawsuit (including divorce).

6. Inform the attorney if any tax refunds to which the debtor is entitled are seized or not received when due from the IRS or Illinois Department of Revenue.

7. Contact the attorney before buying, refinancing, or selling real property, and before entering into any loan agreement.

8. Fully complete and execute any reaffirmation agreements for property which the debtor desires to reaffirm.

THE ATTORNEY AGREES TO:

1. Advise the debtor of the requirement to attend the meeting of creditors, and notify the debtor of the date, time, and place of the meeting.

2. Inform the debtor that the debtor must be punctual and, in the case of a joint filing, that both spouses must appear at the same meeting.

3. Provide knowledgeable legal representation for the debtor at the meeting of creditors (in time for check-in and the actual examination) and, unless excused by the trustee, for the confirmation hearing.

4. If the attorney will be employing another attorney to attend the 341 meeting or any court hearing, personally explain to the debtor in advance, the role and identity of the other attorney and provide the other attorney with the file in sufficient time to review it and properly represent the debtor.

5. Timely submit to the Chapter 7 trustee properly documented proof of income for the debtor, including

2

business reports for self-employed debtors.

6. Timely prepare, file, and serve any necessary amended statements and schedules and any change of address, in accordance with information provided by the debtor.

7. Monitor all incoming case information (including, but not limited to, Order Confirming Plan, Notice of Intent to Pay Claims, and 6-month status reports) for accuracy and completeness. Contact the trustee promptly regarding any discrepancies.

8. Be available to respond to the debtor's questions throughout the term of the case.

9. Timely respond to the Chapter 7 trustee's motions to dismiss the case, such as for payment default, or unfeasibility, and to motions to increase the percentage payment to unsecured creditors.

10. Timely respond to motions for relief from stay.

11. Prepare, file, and serve all appropriate motions to avoid liens.

12. Provide any other legal services necessary for the administration of the case before the bankruptcy court.

13. Does not include any representation in adversary proceedings or matters related below:

### Hourly Fees Requiring Additional Retainer Before Service:

| | |
|---|---|
| $300.00 | Objections to Discharge, |
| $300.00 | Dispute over exemption or Preferential Transfer. |
| $300.00 | Defense of Adversary Proceedings |

Date:_____

Total fee to be paid for attorneys

| | | |
|---|---|---|
| For legal services: | $ | 2165.00 |
| Filing fee: | $ | 335.00 |
| **Total:** | **$** | **2500.00** |

(Do not sign if this line is blank.)

Signed:

SAUK VALLEY STUDENT HOUSING, L.L.C.

BY _____   ( BOARD PRESIDENT )
          Debtor

_____
Attorney at Law

3

| Fill in this information to identify the case |
|---|

Debtor name     **Sauk Valley Student Housing, LLC**

United States Bankruptcy Court for the **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future
interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also
In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and
Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any
pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the
additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the
pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a
fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each

## Part 1:   Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☑ No.  Go to Part 2.
☐ Yes.  Fill in the information below.

|  | **All cash or cash equivalents owned or controlled by the debtor** | **Current value of
debtor's interest** |
|---|---|---|

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

Name of institution (bank or brokerage firm)       Type of account        Last 4 digits of
account number

4.  **Other cash equivalents** *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.          $0.00

## Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

Debtor    **Sauk Valley Student Housing, LLC**    Case number (if known)_____
Name

| | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| Description, including name of holder of prepayment | |
| 9. **Total of Part 2.** Add lines 7 through 8.  Copy the total to line 81. | $0.00 |

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

Current value of
debtor's interest

11. **Accounts receivable**

11a. 90 days old or less:    $26,482.42    –    $0.00    = .............. ➜    $26,482.42
face amount    doubtful or uncollectible accounts

11b. Over 90 days old:    $6,728.36    –    $0.00    = .............. ➜    $6,728.36
face amount    doubtful or uncollectible accounts

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    $33,210.78

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:    % of ownership: | | |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 17. **Total of Part 4** Add lines 14 through 16.  Copy the total to line 83. | | $0.00 |

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes.  Fill in the information below.

Schedule B-11

# Sauk Valley Student Housing, LLC
## A/R Aging Summary
### As of April 9, 2016

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| Bauer, Jamison | | 350.00 | 350.00 | 350.00 | 1,580.00 | 2,630.00 |
| Binkley, Stephanie | | 400.00 | 400.00 | 450.00 | 2,055.00 | 3,305.00 |
| Brown, Davontae | | -145.00 | | | | -145.00 |
| Brown, Montell | | 275.00 | 330.90 | 89.44 | | 695.34 |
| Browning, Sheila | | -70.35 | | | | -70.35 |
| Chislom, Sean | | 320.00 | | | | 320.00 |
| Dalton, Brittney | | 500.00 | 500.00 | 164.42 | | 1,164.42 |
| Dean, Morgan | | 400.00 | 473.65 | 467.03 | 732.16 | 2,072.84 |
| DelReal, Fabian | | 350.00 | 80.71 | | | 430.71 |
| Dodd, Julie | | 350.00 | 350.00 | 350.00 | 400.00 | 1,450.00 |
| Dominguez, Albert | | 350.00 | 456.68 | 265.11 | | 1,071.79 |
| Duffin, Garrett | | | | | -375.00 | -375.00 |
| Earls, Diontrell | | 350.00 | 350.00 | 350.00 | 560.00 | 1,610.00 |
| Edgeston, Cody | | 375.00 | 619.84 | 97.76 | | 1,092.60 |
| Ellis, Chris | | 275.00 | 330.90 | 335.18 | 104.26 | 1,045.34 |
| Forbes, Ragen | | 350.00 | | | | 350.00 |
| Fuller, Landon | | 350.00 | 350.00 | 350.00 | 106.46 | 1,156.46 |
| Greene, Erin | | 350.00 | | | | 350.00 |
| Hassler, Dylan | | | 10.00 | | | 10.00 |
| Henkel, Jordan | | | -360.05 | | | -360.05 |
| Hernandez, Natanael | | 350.00 | 350.00 | 350.00 | 525.00 | 1,575.00 |
| Herrera, Oliden | | 375.00 | 414.88 | 469.86 | 68.41 | 1,328.15 |
| Kennell, Derek | | | -286.03 | | | -286.03 |
| Kirksey, Jasmine | | 350.00 | 175.00 | | | 525.00 |
| Lee, Austen | | 350.00 | 350.00 | 299.35 | | 999.35 |
| Lohmann, Peter | | 250.00 | 223.60 | | | 473.60 |
| Long, Grant | | 350.00 | 20.23 | | | 370.23 |
| Lynn, Hunter | | 350.00 | 350.00 | 115.00 | | 815.00 |
| Mabry, Malcolm | | 350.00 | 350.00 | 350.00 | 380.00 | 1,430.00 |
| Maldonado, Reyes | | 350.00 | 350.00 | 350.00 | 400.00 | 1,450.00 |
| McAutiffe, Haley | | 350.00 | 350.00 | 111.95 | | 811.95 |
| Morales, Alyssa | | 350.00 | | | | 350.00 |
| Parsons, Shauna | | | | | -1,308.08 | -1,308.08 |
| Reuscher, Jacob | | -350.00 | | | | -350.00 |
| Sepulveda, Julio | | 350.00 | 350.00 | 350.00 | 525.00 | 1,575.00 |
| Shank, Morgan | | | 123.65 | 467.03 | 185.33 | 776.01 |
| Sims, Tre | | 400.00 | 494.99 | | | 894.99 |
| Smith, Evan | | 375.00 | 414.88 | 425.00 | | 1,214.88 |
| Upshaw, Lamar | | 275.00 | 330.90 | 335.18 | 789.82 | 1,730.90 |
| Wagler, Taylor | | | | -17.78 | | -17.78 |
| Williams, Desean | | 184.65 | | | | 184.65 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Wilson, Bryar** | | 350.00 | | | | 350.00 |
| **Znaniecki, Kieffer** | | 400.00 | 113.86 | | | 513.86 |
| **TOTAL** | $ 0.00 | $ 10,889.30 | $ 8,718.59 | $ 6,874.53 | $ 6,728.36 | $ 33,210.78 |

Saturday, Apr 09, 2016 06:34:01 PM PDT GMT-5

Debtor    __Sauk Valley Student Housing, LLC_____    Case number (if known)_____
          <sub>Name</sub>

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| Office: Various office supplies | | | | $75.00 |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84. | $75.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value_____    Valuation method_____    Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28. Crops--either planted or harvested** | | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85. | $0.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
          ☐ No
          ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value_____    Valuation method_____    Current value_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor  __Sauk Valley Student Housing, LLC__                    Case number (if known)_____
Name

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| | | | $16,275.00 |
| Apartments: Mattresses x155 | | | $20,925.00 |
| Apartments: Bedside tables x140 | | | $14,000.00 |
| | | | $8,000.00 |
| Apartments: Tall dressers x6 - all brand new | | | $1,710.00 |
| Apartments: Short 2-drawer dressers x3 | | | $375.00 |
| Apartments: Desks x145 | | | $20,300.00 |
| Apartments: Desk chairs x145 | | | $10,585.00 |
| | | | $16,800.00 |
| Apartments: Couch chairs x40 | | | $9,000.00 |
| Apartments: Coffee tables x38 | | | $3,420.00 |
| | | | $2,660.00 |
| Apartments: Kitchen chairs x250 | | | $18,250.00 |
| Apartments: 32 inch tvs and mounts x30 | | | $6,750.00 |
| Apartments: Refrigerators x40 | | | $20,000.00 |
| Apartments: Stove/ovens x41 | | | $20,500.00 |
| | | | $3,910.00 |
| Apartments: Dishwashers x40 | | | $14,000.00 |
| Apartments: Air conditioning units x50 - outside | | | Unknown |
| Apartments: Water heaters x5 - 2 in each building; 1 in clubhouse. 1 wter heater in first building doesn't work. | | | $0.00 |
| Office: Desks x 6 - 1 in GM office; 1 in front office; 3 computer desks in computer room; 1 in | | | $190.00 |
| Office: Rolling desk chairs x6 - 1 in GM office; 1 in front office; 3 incomputer room; 1 in | | | $180.00 |
| Office: Couches x2 - 1 regular couch; 7 pieces to one long couch (poor condition). | | | $200.00 |
| Office: Coffee table x1 | | | $50.00 |
| | | | $125.00 |
| Office: entry table with drawers x1 | | | $30.00 |
| Office: Lamp x1 | | | $10.00 |
| | | | $150.00 |

Debtor   **Sauk Valley Student Housing, LLC**
_____   Case number (if known)_____
       Name

| | | |
|---|---|---|
| Office: Tall chairs x6 | | $210.00 |
| Office: Refrigerator x1 | | $500.00 |
| | | $30.00 |
| Office: Coffee maker x1 | | $19.00 |
| Office: Short table x1 | | $45.00 |
| | | $35.00 |
| Office: End tables x2 | | $70.00 |
| Office: File cabinets x2 - in GM office. | | $180.00 |
| Office: Metal shelves x1 - in GM office | | $50.00 |

**40. Office fixtures**

**41. Office equipment, including all computer equipment and communication systems equipment and software**

| | | |
|---|---|---|
| Office: Computers x3 - 1 in front office; 1 in computer room; 1 tower in office closet and monitor in hall closet; 1 doesn't work, other 2 | | $0.00 |
| Office: Printer/copier x1 - large Canon printer/copier | | $800.00 |
| Office: Small desktop printers x3 - 1 in | | $300.00 |
| Office: Phones x2 - 2 bases; 3 handhelds. | | $100.00 |
| Office: Cell phone - Verizon - on-call phone. | | $30.00 |
| | | $175.00 |
| Office: Roku x1 - video streaming device for TV. | | $50.00 |
| Office: DVD player/VCR x1 | | $40.00 |
| Office: Camera equipment x1 - in office closet. | | $0.00 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| $211,029.00 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

Debtor    **Sauk Valley Student Housing, LLC**                     Case number (if known)_____
          _____
          Name

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Maintenance Equipment:  Circular saw x1 | | | $100.00 |
| Maintenance Equipment:  Sawzaw x1 | | | $75.00 |
| | | | $225.00 |
| Maintenance Equipment:  Snow blower x1 | | | $250.00 |
| Maintenance Equipment:  Power washer x1 - broken | | | $0.00 |
| Maintenance Equipment:  Backpack leaf blower | | | $75.00 |
| Maintenance Equipment:  Salt spreader x1 | | | $30.00 |
| Maintenance Equipment:  Snow shovels x3 | | | $30.00 |
| | | | $300.00 |
| Maintenance Equipment:  Various cleaning supplies | | | $75.00 |
| Maintenance Equipment:  Various tools | | | $500.00 |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                     $1,660.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

Debtor   **Sauk Valley Student Housing, LLC**                                 Case number (if known)
           Name

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55.1. 1608 Sauk Road
Dixon, Lee County, Illinois
Three-story, two building, 48 unit
student housing complex
Part of the Southwest Quarter
(SW1/4) of Section Nine (9) in
Twonship Twenty-one (21) North,
Range  Eight (8), East of the Fourth
(4th) Principal Meridian, Lee County,
Illinois, bounded and described as
follows to-wit:  Commencing at the
Northwest corner of the Southwest
Quarter (SW 1/4) of said Section Nine
(9); thence Southerly along the West
line of said Southwest Quarter (SW
1/4), said line also being the survey
line for TR 20(Sauk Road), a distance
of 1634.99 feet; thence Easterly
perpendicular to the last described
course, a distance of 60.00 feet to a
point on the East line of Sauk Road;
thence Southerly parallel to and 60
feet Easterly from the West line of
said Southwest Quarter (SW 1/4),
perpendicular to the last described
course, a distance of 403.83 feet ot
the Point of Beginning of the
following described tract of land;
thence Easterly perpendicular to the
last described course, a distance of
600.00 feet; thency Southerly
perpendicular to the last described
course, a distance of 363.00 feet;
thence Westerly perpendicular to the
last described course, a distances of
600.00 feet to a point 600.00 feet to a
point 60 feet East of the West line of
said Southwest Quarter (SW 1/4);
thence Northerly parallel to said
West line, perpendicular to the last
described course, a distance of

| | Land and Improve: | | Appraisal as of Ma | $3,100,000.00 |

**56.   Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.     $3,100,000.00

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Sauk Valley Student Housing, LLC**                                        Case number (if known)_____
          <sub>Name</sub>

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
    Add lines 60 through 65.  Copy the total to line 89.                                              | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** defined in 11 U.S.C. §§ 101(41A) and 107?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

                                                                                    Current value of
                                                                                    debtor's interest

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    Potential claims against BMOC, Inc. for breach of the Property Management Agreement for
                                                                                    Unknown

    **Nature of claim**        _____
    **Amount requested**       _____

Debtor   __Sauk Valley Student Housing, LLC_____   Case number (if known)_____
         Name

**75.** Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims

**76.** Trusts, equitable or future interests in property

**77.** Other property of any kind not already listed *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                                              | $0.00

**79.** Has any of the property listed in Part 11 been appraised by a professional within the last year?
☑ No
☐ Yes

**Part 12:** **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $0.00 | |
| **81.** Deposits and prepayments *Copy line 9, Part 2.* | $0.00 | |
| **82.** Accounts receivable *Copy line 12, Part 3.* | $33,210.78 | |
| **83.** Investments *Copy line 17, Part 4.* | $0.00 | |
| **84.** Inventory *Copy line 23, Part 5.* | $75.00 | |
| **85.** Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| **86.** Office furniture, fixtures, and equipment; and collectibles *Copy line 43, Part 7.* | $211,029.00 | |
| **87.** Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $1,660.00 | |
| **88.** Real property *Copy line 56, Part 9* ............................ ➔ | | $3,100,000.00 |
| **89.** Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| **90.** All other assets *Copy line 78, Part 11.* | + $0.00 | |
| **91. Total.** Add lines 80 through 90 for each column 91a. | $245,974.78 | + 91b. $3,100,000.00 |

**92.** Total of all property on Schedule A/B. Lines 91a + 91b = 92.................................................... | $3,345,974.78

**Fill in this information to identify the case:**

Debtor name    **Sauk Valley Student Housing, LLC**

United States Bankruptcy Court for the **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1.    **Do any creditors have claims secured by debtor's property?**

☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report

☑ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.    **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | Amount of claim Do not deduct the value of collateral | Value of collateral that supports this claim |

| **2.1** | **Creditor's name** | | | |
| --- | --- | --- | --- | --- |
| | **BOKF, NA as Trustee for Bondholders** | **Describe debtor's property that is subject to a lien** | $2,389,884.00 | $3,100,000.00 |
| | | Bonds | | |
| | **Creditor's mailing address** | | | |
| | **dba BOK Financial** | **Describe the lien** | | |
| | **4600 Madison Avenue, Ste. 800** | Mortgage / Agreement | | |
| | | **Is the creditor an insider or related party?** | | |
| | **Kansas City        MO    64112** | ☑ No | | |
| | **Creditor's email address, if known** | ☐ Yes | | |
| | **kdotson@bokf.com** | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred November 4, 20** | ☑ No | | |
| | | ☐ Yes.  Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | ___ ___ ___ ___ | | |
| | | **As of the petition filing date, the claim is:** | | |
| | **Do multiple creditors have an interest in the same property?** | Check all that apply. | | |
| | ☑ No | ☐ Contingent | | |
| | ☐ Yes.  Specify each creditor, including this creditor, and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

$2,200,000 First Mortgage Revenue Bonds (Sauk Valley Community College Project) Series 2013A
$900,000 Subordinate Taxable Revenue Bonds (Sauk Valley Community College Project) Series 2013B

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the    $2,389,884.00

Debtor   **Sauk Valley Student Housing, LLC**                          Case number (if known)

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

| | Column A | Column B |
| --- | --- | --- |
| | Amount of claim | Value of collateral |
| | Do not deduct the | that supports |
| | value of collateral | this claim |

**2.2** Creditor's name
**Quad Cities Regional Economic**

Describe debtor's property that is
subject to a lien
Bonds

Unknown          $0.00

Creditor's mailing address
**Development Authority**

**622 Nineteenth St.**

Describe the lien
Mortgage

_____

Is the creditor an insider or related party?

**Moline**          **IL**    **61265**

☑ No
☐ Yes

Creditor's email address, if known

_____

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred _____

Last 4 digits of account
number               ____ ____ ____ ____

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Debtor   **Sauk Valley Student Housing, LLC**                    Case number (if known)_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be
listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Adam LaBoda<br>Spencer Fane LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, Missouri 64106 | Line _2.1_ | ___ ___ ___ ___ |
| Kenneth J. Dotson<br>BOKF, N.A.<br>4600 Madison Avenue, Suite #800<br>Kansas City, MO 64112 | Line _2.1_ | ___ ___ ___ ___ |

Official Form 206D        Part 2 of Schedule D: Creditors Who Have Claims Secured by Property        page 3

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Sauk Valley Student Housing, LLC** |
| United States Bankruptcy Court for the | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims** (See 11 U.S.C. § 507).

   ☑ **No.** Go to Part 2.
   ☐ **Yes.** Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

Debtor   **Sauk Valley Student Housing, LLC**                              Case number (if known)

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,280.00 |

Action Ozone, Inc.

P.O. Box 658

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Hampshire          IL      60140

**Basis for the claim:**
Debt

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 |

Alarm Detection Systems, Inc.

1111 Church Road

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Aurora          IL      60505

**Basis for the claim:**
Debt

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

Albert Dominguez

249 East 176 Street, Apt 1

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Bronx          NY      10467

**Basis for the claim:**
Security Deposit

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

Alyssa Morales

14918 South Placita Tierra Montanosa

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Sahuarita          AZ      85629

**Basis for the claim:**
Security Deposit

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☑ Yes

Debtor   **Sauk Valley Student Housing, LLC**                                   Case number (if known)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                      Amount of claim

---

**3.5**   Nonpriority creditor's name and mailing address

Austen Lee

1608 Sauk Rd.

Dixon                    IL      61021

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Security Deposit**

Is the claim subject to offset?
☐ No
☑ Yes

Amount of claim: **Unknown**

---

**3.6**   Nonpriority creditor's name and mailing address

Bailey Lundquist

1805 47th Street Ct.

Moline                   IL      61265

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Security Deposit**

Is the claim subject to offset?
☐ No
☑ Yes

Amount of claim: **Unknown**

---

**3.7**   Nonpriority creditor's name and mailing address

BMOC, Inc.

P.O. Box 188

Madison, WI 53701

Attn: William J. Levy

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Debt**

Is the claim subject to offset?
☐ No
☑ Yes

Amount of claim: **$39,800.90**

---

**3.8**   Nonpriority creditor's name and mailing address

Brian W. Stewart & Associates, Inc.

50 W. Douglas Street, Ste. 1200

Freeport                 IL      61032

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$5,831.25**

---

Debtor    __Sauk Valley Student Housing, LLC_____    Case number (if known)_____

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.9** Nonpriority creditor's name and mailing address

Brittney Dalton

1608 Sauk Rd.

Dixon                IL      61021

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
Security Deposit

Is the claim subject to offset?
☐ No
☑ Yes

Amount of claim: **Unknown**

---

**3.10** Nonpriority creditor's name and mailing address

Bryar Wilson

647 Suncrest Drive

Sherrard             IL      61281

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
Security Deposit

Is the claim subject to offset?
☐ No
☑ Yes

Amount of claim: **Unknown**

---

**3.11** Nonpriority creditor's name and mailing address

Chris Ellis

1608 Sauk Rd.

Dixon                IL      61021

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
Security Deposit

Is the claim subject to offset?
☐ No
☑ Yes

Amount of claim: **Unknown**

---

**3.12** Nonpriority creditor's name and mailing address

Cody Edgeston

5334 Gingeridge Lane

Rockford             IL      61114

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
Security Deposit

Is the claim subject to offset?
☐ No
☑ Yes

Amount of claim: **Unknown**

---

Debtor   **Sauk Valley Student Housing, LLC**   Case number (if known)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.13**   Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   **$24,007.05**
*Check all that apply.*

Comed
P.O. Box 6111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Carol Stream   IL   60197-6111   Debt

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   4   1   2   1

---

**3.14**   Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   **Unknown**
*Check all that apply.*

Davontae Brown
1608 Sauk Rd.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Dixon   IL   61021   Security Deposit

Date or dates debt was incurred   _____

Is the claim subject to offset?
☐ No
☑ Yes

Last 4 digits of account number   __ __ __ __

---

**3.15**   Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   **$1,400.00**
*Check all that apply.*

DC Computers
742 North Galena Avenue

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Dixon   IL   61021   Debt

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.16**   Nonpriority creditor's name and mailing address   As of the petition filing date, the claim is:   **Unknown**
*Check all that apply.*

De'Sean Williams
48 East 91st Street

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Chicago   IL   60619   Security Deposit

Date or dates debt was incurred   _____

Is the claim subject to offset?
☐ No
☑ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor   **Sauk Valley Student Housing, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

Check all that apply.

Derek Kennell
1055 West High Street

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Security Deposit

Roakoke   IL   61561

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number __ __ __ __

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

Check all that apply.

Diontrell Earls
10717 South Calumet

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Security Deposit

Chicago   IL   60627

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number __ __ __ __

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

Check all that apply.

Dylan Hassler
406 Ross Street

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Security Deposit

Walnut   IL   61376

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number __ __ __ __

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

Check all that apply.

Erin Greene
12350 Meadow Drive

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Security Deposit

Winnebago   IL   61088

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number __ __ __ __

---

Official Form 206E/F       Schedule E/F: Creditors Who Have Unsecured Claims       page 6

Debtor   **Sauk Valley Student Housing, LLC**_____   Case number (if known)_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        **Amount of claim**

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |
|---|---|---|---|

**Erin Newbury**_____

**1121 Briar Court**_____

_____

**Ottawa**          IL     **61350**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
**Security Deposit**_____

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |
|---|---|---|---|

**Evan Smith**_____

**4311 21st Avenue**_____

_____

**Moline**          IL     **61265**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
**Security Deposit**_____

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |
|---|---|---|---|

**Fabian DelReal**_____

**1385 Kenlworth Dr.**_____

_____

**Calumet**          IL     **60409**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
**Security Deposit**_____

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $507.50 |
|---|---|---|---|

**Facet Technologies, Inc.**_____

**2103 Court Street**_____

_____

**Perkin**          IL     **61554**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Debt**_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Sauk Valley Student Housing, LLC**                    Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

| | | | |
|---|---|---|---|

**3.25** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:           **$1,006.00**
*Check all that apply.*

Fink's Sewer and Drain, Inc.    ☐ Contingent

P.O. Box 1004    ☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Rockford                    IL        61105    Debt

Date or dates debt was incurred                       Is the claim subject to offset?
☑ No
Last 4 digits of account number  ___ ___ ___ ___      ☐ Yes

**3.26** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:           **Unknown**
*Check all that apply.*

Garrett Duffin    ☑ Contingent

1033 Ina Avenue    ☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Princeton                   IL        61356    Security Deposit

Date or dates debt was incurred                       Is the claim subject to offset?
☐ No
Last 4 digits of account number  ___ ___ ___ ___      ☑ Yes

**3.27** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:           **Unknown**
*Check all that apply.*

Grant Long    ☑ Contingent

510 West 8th Street    ☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Rock Falls                  IL        61071    Security Deposit

Date or dates debt was incurred                       Is the claim subject to offset?
☐ No
Last 4 digits of account number  ___ ___ ___ ___      ☑ Yes

**3.28** Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:           **Unknown**
*Check all that apply.*

Haley McAuliffe    ☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

PO Box 131 Chadwick         IL        61014    Security Deposit

Date or dates debt was incurred                       Is the claim subject to offset?
☐ No
Last 4 digits of account number  ___ ___ ___ ___      ☑ Yes

Debtor   **Sauk Valley Student Housing, LLC**   Case number (if known)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.29** Nonpriority creditor's name and mailing address

Hunter Lynn

52 East Calle Tierra Serena

Sahuarita                    AZ      85629

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
Security Deposit

Is the claim subject to offset?
- [ ] No
- [x] Yes

Unknown

**3.30** Nonpriority creditor's name and mailing address

Isaiah Box

4616 Raven St.

Rockford                     IL      61107

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
Security Deposit

Is the claim subject to offset?
- [ ] No
- [x] Yes

Unknown

**3.31** Nonpriority creditor's name and mailing address

Jacob Reuscher

13085 Grange Road

Shannon                      IL      61078

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
Security Deposit

Is the claim subject to offset?
- [ ] No
- [x] Yes

Unknown

**3.32** Nonpriority creditor's name and mailing address

Jamison Bauer

1608 Sauk Rd.

Dixon                        IL      61021

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:
Security Deposit

Is the claim subject to offset?
- [ ] No
- [x] Yes

Unknown

Debtor   **Sauk Valley Student Housing, LLC**      Case number (if known)_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

**3.33**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **Unknown**
*Check all that apply.*

Jared Hanley

1608 Sauk Rd.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Dixon     IL    61021    Security Deposit

Date or dates debt was incurred _____    **Is the claim subject to offset?**
☐ No
Last 4 digits of account number __ __ __ __    ☑ Yes

---

**3.34**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **Unknown**
*Check all that apply.*

Jazmine Kirksey

3768 North 39th

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Milwukee     WI    53216    Security Deposit

Date or dates debt was incurred _____    **Is the claim subject to offset?**
☐ No
Last 4 digits of account number __ __ __ __    ☑ Yes

---

**3.35**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **Unknown**
*Check all that apply.*

Jordan Henkel

520 West Fifth Street

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Minonk     IL    61760    Security Deposit

Date or dates debt was incurred _____    **Is the claim subject to offset?**
☐ No
Last 4 digits of account number __ __ __ __    ☑ Yes

---

**3.36**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **Unknown**
*Check all that apply.*

Jordan Wilken

2550 North Limekiln Rd.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Oregon     IL    61061    Security Deposit

Date or dates debt was incurred _____    **Is the claim subject to offset?**
☐ No
Last 4 digits of account number __ __ __ __    ☑ Yes

Debtor   **Sauk Valley Student Housing, LLC**_____   Case number (if known)_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

_Check all that apply._

Joshua Sullivan_____

☑ Contingent

1 Valley View Dr._____

☑ Unliquidated

☐ Disputed

_____

**Basis for the claim:**

Savanna_____IL_____61074_____   **Security Deposit**_____

Date or dates debt was incurred _____   **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __   ☐ No
☑ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

_Check all that apply._

Julie Dodd_____

☑ Contingent

517 East 5th Street_____

☑ Unliquidated

☐ Disputed

_____

**Basis for the claim:**

Rock Falls_____IL_____61071_____   **Security Deposit**_____

Date or dates debt was incurred _____   **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __   ☐ No
☑ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

_Check all that apply._

Julio Sepulveda_____

☑ Contingent

Calle Bucare SA-19_____

☑ Unliquidated

☐ Disputed

_____

**Basis for the claim:**

Valle Hermosa Hormigueros___PR____00660___   **Security Deposit**_____

Date or dates debt was incurred _____   **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __   ☐ No
☑ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

_Check all that apply._

Kieffer Znaniecki_____

☑ Contingent

214 38th Street_____

☑ Unliquidated

☐ Disputed

_____

**Basis for the claim:**

Moline_____IL_____61265_____   **Security Deposit**_____

Date or dates debt was incurred _____   **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __   ☐ No
☑ Yes

Debtor   **Sauk Valley Student Housing, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.   **Amount of claim**

---

**3.41** **Nonpriority creditor's name and mailing address**

**Lamar Upshaw**

**2845 Echo Rd., Apt 2845**

_____

**Rockford** IL 61102

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Security Deposit

**Is the claim subject to offset?**
☐ No
☑ Yes

**Amount of claim:** Unknown

---

**3.42** **Nonpriority creditor's name and mailing address**

**Landon Fuller**

**1219 Park Hill Drive**

_____

**Norwalk** IA 50211

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Security Deposit

**Is the claim subject to offset?**
☐ No
☑ Yes

**Amount of claim:** Unknown

---

**3.43** **Nonpriority creditor's name and mailing address**

**Laura Pettinger**

**205 West Brayton Road**

_____

**Mount Morris** IL 61054

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Security Deposit

**Is the claim subject to offset?**
☐ No
☑ Yes

**Amount of claim:** Unknown

---

**3.44** **Nonpriority creditor's name and mailing address**

**Leah Gorham**

**102 Fledgling Way**

_____

**SW Poplar Grove** IL 61065

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Security Deposit

**Is the claim subject to offset?**
☐ No
☑ Yes

**Amount of claim:** Unknown

---

Debtor   **Sauk Valley Student Housing, LLC**_____   Case number (if known)_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |

Malcolm Mabry

3485 North 79th Street

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Milwaukee        WI      53222

**Basis for the claim:**
Security Deposit

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

Last 4 digits of account number __ __ __ __

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$250.00** |

Mark Piper Construction, Inc.

8342 South Main Street

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Dixon        IL      61021

**Basis for the claim:**
Debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |

Maryl Stratton

1608 Sauk Road

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Dixon        IL      61021

**Basis for the claim:**
Security Deposit

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

Last 4 digits of account number __ __ __ __

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,000.00** |

Matthew J. Huyett

415 Madison Avenue

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Dixon        IL      61021

**Basis for the claim:**
Debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

Debtor  **Sauk Valley Student Housing, LLC** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.49** Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **Unknown**
*Check all that apply.*

Megan Kearney _____
☑ Contingent
745 Adolphus Circle, Apt. 2202 _____
☑ Unliquidated
☐ Disputed
_____

Basis for the claim:
Fort Worth                    TX      76120          **Security Deposit** _____

Date or dates debt was incurred _____          Is the claim subject to offset?
☐ No
Last 4 digits of account number __ __ __ __          ☑ Yes

---

**3.50** Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **Unknown**
*Check all that apply.*

Montell Brown _____
☑ Contingent
2845 Echo Street _____
☑ Unliquidated
☐ Disputed
_____

Basis for the claim:
Rockford                      IL      61109          **Security Deposit** _____

Date or dates debt was incurred _____          Is the claim subject to offset?
☐ No
Last 4 digits of account number __ __ __ __          ☑ Yes

---

**3.51** Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **Unknown**
*Check all that apply.*

Morgan Dean _____
☑ Contingent
1008 27th Street _____
☑ Unliquidated
☐ Disputed
_____

Basis for the claim:
Peru                          IL      61354          **Security Deposit** _____

Date or dates debt was incurred _____          Is the claim subject to offset?
☐ No
Last 4 digits of account number __ __ __ __          ☑ Yes

---

**3.52** Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **Unknown**
*Check all that apply.*

Morgan Shank _____
☑ Contingent
516 Goodling Street _____
☑ Unliquidated
☐ Disputed
_____

Basis for the claim:
Winnebago                     IL      61088-9718          **Security Deposit** _____

Date or dates debt was incurred _____          Is the claim subject to offset?
☐ No
Last 4 digits of account number __ __ __ __          ☑ Yes

---

Debtor   **Sauk Valley Student Housing, LLC**　　　　　　　　　　　　 Case number (if known)_____

---

**Part 2:**　**Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Nathanael Hernandez

Villa Victoria Calle

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

8148 Cagues　　　　　PR　　00725

Security Deposit

Date or dates debt was incurred　_____

**Is the claim subject to offset?**

Last 4 digits of account number　__ __ __ __

- ☐ No
- ☑ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,062.97 |

Nicor Gas

P.O. Box 5407

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Carol Stream　　　　IL　　60197-5407

Debt

Date or dates debt was incurred　_____

**Is the claim subject to offset?**

Last 4 digits of account number　__ __ __ __

- ☑ No
- ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Oliden Herrera

5 Clover Bloom Rd.

Brampton, ON L6R 1R8

Canada

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Security Deposit

Date or dates debt was incurred　_____

**Is the claim subject to offset?**

Last 4 digits of account number　__ __ __ __

- ☐ No
- ☑ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $995.00 |

PDC Laboratories, Inc.

P.O. Box 9071

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Peoria　　　　　　IL　　61612-9071

Debt

Date or dates debt was incurred　_____

**Is the claim subject to offset?**

Last 4 digits of account number　__ __ __ __

- ☑ No
- ☐ Yes

---

Debtor   **Sauk Valley Student Housing, LLC**                    Case number (if known)_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

**3.57**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:             $300.00
*Check all that apply.*

**Pest Control Consultants**          ☐ Contingent

**1100 West 2nd Street**          ☐ Unliquidated
☐ Disputed

_____          **Basis for the claim:**

**Dixon**               IL      61021          **Debt**

Date or dates debt was incurred   _____          **Is the claim subject to offset?**
☑ No
Last 4 digits of account number   __ __ __ __          ☐ Yes

---

**3.58**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:            Unknown
*Check all that apply.*

**Peter Lohmann**          ☑ Contingent

**1608 Sauk Rd.**          ☑ Unliquidated
☐ Disputed

_____          **Basis for the claim:**

**Dixon**               IL      61021          **Security Deposit**

Date or dates debt was incurred   _____          **Is the claim subject to offset?**
☐ No
Last 4 digits of account number   __ __ __ __          ☑ Yes

---

**3.59**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:            Unknown
*Check all that apply.*

**Ragen Forbes**          ☑ Contingent

**1608 Sauk Rd.**          ☑ Unliquidated
☐ Disputed

_____          **Basis for the claim:**

**Dixon**               IL      61021          **Security Deposit**

Date or dates debt was incurred   _____          **Is the claim subject to offset?**
☐ No
Last 4 digits of account number   __ __ __ __          ☑ Yes

---

**3.60**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:            $276.07
*Check all that apply.*

**Republic Services #766**          ☐ Contingent

**P.O. Box 9001154**          ☐ Unliquidated
☐ Disputed

_____          **Basis for the claim:**

**Louisville**               KY      40290-1154          **Debt**

Date or dates debt was incurred   _____          **Is the claim subject to offset?**
☑ No
Last 4 digits of account number   __ __ __ __          ☐ Yes

---

Debtor   __Sauk Valley Student Housing, LLC_____   Case number (if known)_____

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

Reyes Maldonado
_____
4831 Wegg Avenue
_____
_____
_____
East Chicago            IN    46312

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Security Deposit

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☐ No
- ☑ Yes

Last 4 digits of account number __ __ __ __

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

Riley Lanham
_____
310 East 5th Street
_____
_____
_____
Rushville               IN    46173

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Security Deposit

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☐ No
- ☑ Yes

Last 4 digits of account number __ __ __ __

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,863.00 |

Rise Broadband
_____
P.O. Box 2837
_____
_____
_____
Omaha                   NE    68103-2837

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Debt

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  0  7  1  4

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

Ryan Owens
_____
435 Union Street
_____
_____
_____
Marseilles              IL    61341

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Security Deposit

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☐ No
- ☑ Yes

Last 4 digits of account number __ __ __ __

---

Debtor   __Sauk Valley Student Housing, LLC_____   Case number (if known)_____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,109.50 |

__Sauk Valley Community College__

__173 IL Route 2__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Dixon_____IL____61021__

Basis for the claim:
__Debt__

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,736.30 |

__Schmitt Plumbing & Heating, Inc.__

__502 IL Route 2__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Dixon_____IL____61021__

Basis for the claim:
__Debt__

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

__Sean Chislom__

__1608 Sauk Rd.__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

__Dixon_____IL____61021__

Basis for the claim:
__Security Deposit__

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☐ No
- ☑ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

__Shauna Parsons__

__1608 Sauk Rd.__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

__Dixon_____IL____61021__

Basis for the claim:
__Security Deposit__

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☐ No
- ☑ Yes

Last 4 digits of account number   __ __ __ __

Debtor    **Sauk Valley Student Housing, LLC**                    Case number (if known)

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.69**  Nonpriority creditor's name and mailing address

Sheila Browning

PO Box 432

La Moille            IL      61330

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Security Deposit**

Is the claim subject to offset?
☐ No
☑ Yes

Unknown

---

**3.70**  Nonpriority creditor's name and mailing address

Simplex Grinnell

Dept CH 10320

Palatine            IL      60055-0320

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,345.26

---

**3.71**  Nonpriority creditor's name and mailing address

Sisson, Inc.

P.O. Box 423

Sterling            IL      61081

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Snow removal services**

Is the claim subject to offset?
☑ No
☐ Yes

$701.25

---

**3.72**  Nonpriority creditor's name and mailing address

Smith Ecological Systems Company

1817 17th Avenue

Rockford            IL      61104

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$535.08

---

Debtor    **Sauk Valley Student Housing, LLC**                    Case number (if known)_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

**Stephanie Binkley**

**1200 South College Ave.**

_Check all that apply._
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Dixon**                    **IL**    **61021**

**Basis for the claim:**
**Security Deposit**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

**Taylor Pullan**

**12 Hurtin Blvd.**

_Check all that apply._
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Smithtown**                    **NY**    **11787**

**Basis for the claim:**
**Security Deposit**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

**Taylor Wagler**

**985666 Perth Oxford Rd**

**Tavistock, Canada**

_Check all that apply._
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Security Deposit**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

**Tre Sims**

**10457 Dearlove Road, Apt B2**

_Check all that apply._
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Glenview**                    **IL**    **60025**

**Basis for the claim:**
**Security Deposit**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

Debtor   __Sauk Valley Student Housing, LLC_____   Case number (if known)_____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,249.85 |

__USA Wireless Satellite TV_____

__1306 Old Skokie Rd., Ste. 100_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

__Highland Park_____IL____60035_____

**Basis for the claim:**
__Debt_____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |

__Vanessa Martinez_____

__206 West Railroad Street_____

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

_____

__Ohio_____IL____61349_____

**Basis for the claim:**
__Security Deposit_____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.11 |

__Verizon Wireless_____

__P.O. Box 25505_____

__Lehigh Valley, PA 1800-5505_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**
__Debt_____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

Debtor    **Sauk Valley Student Housing, LLC**_____    Case number (if known)_____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  Credit Management, L.P.<br>4200 International Parkway<br>Carrollton, TC 75007-1912 | Line  3.63<br>☐ Not listed.  Explain: | 0  7  1  4 |

Debtor    __Sauk Valley Student Housing, LLC_____    Case number (if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b.+ | $130,462.09 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $130,462.09 |

**Fill in this information to identify the case:**

Debtor name  **Sauk Valley Student Housing, LLC**

United States Bankruptcy Court for the **NORTHERN DISTRICT OF ILLINOIS**

Case number  _____   Chapter  __7__
(if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this *Schedule of Assets - Real and Personal Property*

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets*
   (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other
   parties with whom the debtor has an executory
   contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's | Property Management Agreement Contract to be REJECTED | BMOC, Inc. |
| | | | 151 E. Gorham Street |
| | | | Madison, WE 53703 |
| | **State the term remaining** | _____ | |
| | List the contract number of any | _____ | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's | Student Housing Agreement Dated November 1, 2013 Contract to be REJECTED | Sauk Valley Community College |
| | | | 173 IL Route 2 |
| | **State the term remaining** | _____ | |
| | List the contract number of any | _____ | Dixon          IL      61021 |

**Fill in this information to identify the case:**

Debtor name __**Sauk Valley Student Housing, LLC**__

United States Bankruptcy Court for the **NORTHERN DISTRICT OF ILLINOIS**

Case number _____
(if known)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported o
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules |

**Fill in this information to identify the case:**

Debtor Name **Sauk Valley Student Housing, LLC**

United States Bankruptcy Court for the **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                12/15

---

| Part 1: | Summary of Assets |
|---|---|

**1.** *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B..................................................................... **$3,100,000.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B.................................................................. **$245,974.78**

    1c. **Total of all property**
    Copy line 92 from Schedule A/B.................................................................... **$3,345,974.78**

---

| Part 2: | Summary of Liabilities |
|---|---|

**2.** *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D. **$2,389,884.00**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F..................................... **$0.00**

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................ **+  $130,462.09**

**4.** **Total liabilities**
Lines 2 + 3a + 3b.................................................................................. **$2,520,346.09**

**Fill in this information to identify the case and this filing:**

Debtor Name    **Sauk Valley Student Housing, LLC**

United States Bankruptcy Court for the **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and
submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included
in the document, and any amendments of those documents. This form must state the individual's position or relationship to
the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership;
or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information

☑  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐  Amended Schedule_____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*
(Official Form 204)

☐  *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/19/2016**            X **/s/ Roscoe Wilson**
     MM / DD / YYYY               Signature of individual signing on behalf of debtor

                               **Roscoe Wilson**_____
                               Printed name

                               **President**_____
                               Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   <u>**Sauk Valley Student Housing, LLC**</u>

United States Bankruptcy Court for the <u>**NORTHERN DISTRICT OF ILLINOIS**</u>

Case number
(if known)   _____

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/16**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

1. **Gross revenue from business**

   ☑ None

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
   lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee
   compensation, within 90 days
   before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This

   ☑ None

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to
   an insider or
   guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the
   insider is less than
   $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date
   of

   ☑ None

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property
   repossessed by a
   creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include

   ☑ None

Debtor   **Sauk Valley Student Housing, LLC**_____   Case number (if known)_____
                      Name

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from
an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the

☑ None

| Part 3: | Legal Actions or Assignments |
|---------|------------------------------|

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or government audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor

☑ None

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|---------------------------------------------|

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000.**

☑ None

| Part 5: | Certain Losses |
|---------|----------------|

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**11.   Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year
before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt

☐ None

| | Who was paid or who received the transfer? If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. | **Shackelford, Bowen, McKinley** | 05/17/2016 | **$7,500.00** |

**Address**

**& Norton, LLP**_____
Number    Street
**9201 N. Central Expressway, Fourth Floor**_____

**Dallas**_____   **TX**___   **75231**___
City    State   ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**
**Sugar Valley Capital Partners, LLC**_____

Debtor   __Sauk Valley Student Housing, LLC_____   Case number (if known)_____
      Name

| | Who was paid or who received the transfer? If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. | __Barrick Switzer Long Balsley & Van Evera__ | 5/18/2016 | __$2,500.00__ |

      **Address**

      __6833 Stalter Drive_____
      Number   Street

      __Rockford_____ __IL____ __61108____
      City         State   ZIP Code

      **Email or website address**

      **Who made the payment, if not debtor?**
      __Sugar Valley Capital Partners, LLC_____

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing
of this case to a self-settled trust or similar device.

☑ None

**13. Transfers not already listed on this statement**
List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the
debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or

☑ None

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor    __Sauk Valley Student Housing, LLC_____    Case number (if known)_____
               Name

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

   Does the debtor have a privacy policy about that information?
   ☐ No.
   ☐ Yes.

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
   ☐ No.  Go to Part 10.
   ☐ Yes.  Fill in below:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit,
closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit

☑ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before

☑ None

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a

☑ None

Debtor   <u>Sauk Valley Student Housing, LLC</u>                    Case number (if known)_____
                Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored
for, or held

☑ None

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years
before filing this

☑ None

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or
prepared a financial

☑ None

Debtor    **Sauk Valley Student Housing, LLC**    Case number (if known)_____
Name

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor
issued a

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Megan Hodges | March 2016 | |

Name and address of the person who has possession of inventory records

27.1.  **Megan Hodges**
Name
**Sauk Commons Property Manager**
Street
**1608 Sauk Road**

| **Dixon** | **IL** | **61021** |
|---|---|---|
| City | State | ZIP Code |

28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling
shareholders,

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **United Housing and Community** | Attn: Donald Sampley<br>5739 Timbers Trail Drive<br>Humble, TX 77346 | Sole Member | **100%** |

29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general
partners,

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor    Sauk Valley Student Housing, LLC                                    Case number (if known)_____
          Name

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws,

☑ No
☐ Yes. Identify below.

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/19/2016
            MM / DD / YYYY

X  /s/ Roscoe Wilson                                        Printed name Roscoe Wilson
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

In re  Sauk Valley Student Housing, LLC

Case No. _____

Chapter   **7**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept............................................................... | **$10,000.00** |
| Prior to the filing of this statement I have received.................................................. | **$10,000.00** |
| Balance Due.............................................................................................................. | **$0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor      ☑ Other (specify)
   **Sugar Valley Capital Partners, LLC**

3. The source of compensation to be paid to me is:

   ☐ Debtor      ☐ Other (specify)

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☑ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

   **There is no sharing of compensation.**
   **$7,500.00 to Shackelford, Bowen, McKinley, & Norton, LLP as lead counsel under separate engagement letter**
   **$2,500.00 to Barrick, Switzer, Long, Balsley & Van Evera, LLP as local counsel under a separate engagement letter**

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**The Chapter 7 Flat Fee would include preparation of the petition and creditor matrix, the necessary corporate documents to authorize the filing, the preparation of all bankruptcy schedules and the statement of financial affairs and amendments thereto, all appropriate public and governmental notifications, including any securities notifications (but not ordinary securities filings), attendance at the 341 creditors meeting and any continued meeting, communications with and/or attendance at informal meetings with the United States Trustee and/or the Chapter 7 trustee, the turnover of corporate assets and documents to the Chapter 7 trustee and coordinating with other operational and/or information turnover (provided that the Company shall be responsible for preparing and copying all documents as necessary and Company expressly agrees to facilitate in the preparation and turnover of operational information and/or documents), communications with creditors and equity holders (to the extent appropriate under the circumstances), defending corporate representatives at any hearing on a motion to convert, motion to dismiss, or motion to transfer, defending a designated corporate representative for each entity at one 2004 examination per entity, review of professional fee applications and objection thereto by any debtor, review and representation of the Company in connection with any sale motion, and review of any bankruptcy reporting and comment or objection thereto. The Chapter 7 Flat Fee also includes ordinary and routine copying and mail out expenses and the filing fee for the bankruptcy.**

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
**The Chapter 7 Flat Fee does not include any litigation associated with the Chapter 7, including, but not limited to, defense of any Chapter 5 causes of action, defense of any removed and/or transferred lawsuit, defense of any securities actions, defense of any director and/or officer liability suits, defense of any adversary proceeding unless the adversary proceeding is a duplicate "belt and suspenders" proceeding to a contemporaneously filed bankruptcy motion mentioned above, defense of any motion or proceeding based on the failure of the company to timely respond to discovery requests and/or documents filed by any party in interest, appearing in any prior litigation of any type, wherever pending, prosecution or defense of any motion for relief or to modify the automatic stay, prosecuting or defending claim objections, the filing of proofs of claim (to the extent not included in the schedules) and any motion for sanctions or for contempt, all of which will require a separate fee agreement.  The Chapter 7 Flat Fee also does not include any securities services other than ordinary notices required to be given to any governmental agencies relating solely to the bankruptcy filing.  If any securities filings are necessary either in general or in order to comply with applicable securities and/or bankruptcy law or rule, a separate fee will need to be negotiated.  The Chapter 7 Flat Fee also does not include the provision of any tax advisory services or tax preparation, accounting services or preparing accounting documents.  The Chapter 7 Flat Fee excludes the fee of any expert witness or third-party service retained in connection with the Chapter 7 bankruptcy unless such expert or third-party is not approved by the Company.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **05/19/2016** | **/s/ Frances A. Smith** |
| *Date* | *Frances A. Smith*                              Bar No.  24033084 |
| | Shackelford, Bowen, McKinley & Norton, LLP |
| | 9201 N. Central Expressway |
| | 4th Floor |
| | Dallas, TX |
| | 75231 |

---

  **/s/ Roscoe Wilson**
*Roscoe Wilson*
*President*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

IN RE:   Sauk Valley Student Housing, LLC                              CASE NO

                                                                       CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  5/19/2016 _____          Signature  _/s/ Roscoe Wilson_____
                                                            **Roscoe Wilson**
                                                            **President**


Date _____          Signature _____

Case 16-81328   Doc 1   Filed 05/31/16   Entered 05/31/16 12:42:56   Desc Main
Debtor(s):   Sauk Valley Student Housing, LLC                Document      Page 64 of 66
Chapter:   7
Case:

NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)

Action Ozone, Inc.
P.O. Box 658
Hampshire, IL 60140

Adam LaBoda
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106

Alarm Detection Systems, Inc.
1111 Church Road
Aurora, IL 60505

Albert Dominguez
249 East 176 Street, Apt 1
Bronx, NY 10467

Alyssa Morales
14918 South Placita Tierra Mont
Sahuarita, AZ 85629

Austen Lee
1608 Sauk Rd.
Dixon, IL 61021

Bailey Lundquist
1805 47th Street Ct.
Moline, IL 61265

BMOC, Inc.
P.O. Box 188
Madison, WI 53701
Attn: William J. Levy

BMOC, Inc.
151 E. Gorham Street
Madison, WE 53703

BOKF, NA as Trustee for Bondhol·
dba BOK Financial
4600 Madison Avenue, Ste. 800
Kansas City, MO 64112

Brian W. Stewart & Associates,
50 W. Douglas Street, Ste. 1200
Freeport, IL 61032

Brittney Dalton
1608 Sauk Rd.
Dixon, IL 61021

Bryar Wilson
647 Suncrest Drive
Sherrard, IL 61281

Chris Ellis
1608 Sauk Rd.
Dixon, IL 61021

Cody Edgeston
5334 Gingeridge Lane
Rockford, IL 61114

Comed
P.O. Box 6111
Carol Stream, IL 60197-6111

Credit Management, L.P.
4200 International Parkway
Carrollton, TC 75007-1912

Davontae Brown
1608 Sauk Rd.
Dixon, IL 61021

DC Computers
742 North Galena Avenue
Dixon, IL 61021

De'Sean Williams
48 East 91st Street
Chicago, IL 60619

Derek Kennell
1055 West High Street
Roakoke, IL 61561

Diontrell Earls
10717 South Calumet
Chicago, IL 60627

Dylan Hassler
406 Ross Street
Walnut, IL 61376

Erin Greene
12350 Meadow Drive
Winnebago, IL 61088

Erin Newbury
1121 Briar Court
Ottawa, IL 61350

Evan Smith
4311 21st Avenue
Moline, IL 61265

Fabian DelReal
1385 Kenlworth Dr.
Calumet, IL 60409

Facet Technologies, Inc.
2103 Court Street
Perkin, IL 61554

Fink's Sewer and Drain, Inc.
P.O. Box 1004
Rockford, IL 61105

Garrett Duffin
1033 Ina Avenue
Princeton, IL 61356

Case 16-81328   Doc 1   Filed 05/31/16   Entered 05/31/16 12:42:56   Desc Main
Document      Page 65 of 66
Case No.
Chapter: 7
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)

Debtor(s):   Sauk Valley Student Housing, LLC

Grant Long
510 West 8th Street
Rock Falls, IL 61071

Joshua Sullivan
1 Valley View Dr.
Savanna, IL 61074

Mark Piper Construction, Inc.
8342 South Main Street
Dixon, IL 61021

Haley McAuliffe
PO Box 131 Chadwick, IL 61014

Julie Dodd
517 East 5th Street
Rock Falls, IL 61071

Maryl Stratton
1608 Sauk Road
Dixon, IL 61021

Hunter Lynn
52 East Calle Tierra Serena
Sahuarita, AZ 85629

Julio Sepulveda
Calle Bucare SA-19
Valle Hermosa Hormigueros, PR 0

Matthew J. Huyett
415 Madison Avenue
Dixon, IL 61021

Isaiah Box
4616 Raven St.
Rockford, IL 61107

Kenneth J. Dotson
BOKF, N.A.
4600 Madison Avenue, Suite #800
Kansas City, MO 64112

Megan Kearney
745 Adolphus Circle, Apt. 2202
Fort Worth, TX 76120

Jacob Reuscher
13085 Grange Road
Shannon, IL 61078

Kieffer Znaniecki
214 38th Street
Moline, IL 61265

Montell Brown
2845 Echo Street
Rockford, IL 61109

Jamison Bauer
1608 Sauk Rd.
Dixon, IL 61021

Lamar Upshaw
2845 Echo Rd., Apt 2845
Rockford, IL 61102

Morgan Dean
1008 27th Street
Peru, IL 61354

Jared Hanley
1608 Sauk Rd.
Dixon, IL 61021

Landon Fuller
1219 Park Hill Drive
Norwalk, IA 50211

Morgan Shank
516 Goodling Street
Winnebago, IL 61088-9718

Jazmine Kirksey
3768 North 39th
Milwukee, WI 53216

Laura Pettinger
205 West Brayton Road
Mount Morris, IL 61054

Nathanael Hernandez
Villa Victoria Calle
8148 Cagues, PR 00725

Jordan Henkel
520 West Fifth Street
Minonk, IL 61760

Leah Gorham
102 Fledgling Way
SW Poplar Grove, IL 61065

Nicor Gas
P.O. Box 5407
Carol Stream, IL 60197-5407

Jordan Wilken
2550 North Limekiln Rd.
Oregon, IL 61061

Malcolm Mabry
3485 North 79th Street
Milwaukee, WI 53222

Oliden Herrera
5 Clover Bloom Rd.
Brampton, ON L6R 1R8
Canada

Debtor(s):   Sauk Valley Student Housing, LLC

Case No.
Chapter:   7

NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)

PDC Laboratories, Inc.
P.O. Box 9071
Peoria, IL 61612-9071

Sauk Valley Community College
173 IL Route 2
Dixon, IL 61021

Taylor Wagler
985666 Perth Oxford Rd
Tavistock, Canada

Pest Control Consultants
1100 West 2nd Street
Dixon, IL 61021

Schmitt Plumbing & Heating, Inc
502 IL Route 2
Dixon, IL 61021

Tre Sims
10457 Dearlove Road, Apt B2
Glenview, IL 60025

Peter Lohmann
1608 Sauk Rd.
Dixon, IL 61021

Sean Chislom
1608 Sauk Rd.
Dixon, IL 61021

USA Wireless Satellite TV
1306 Old Skokie Rd., Ste. 100
Highland Park, IL 60035

Quad Cities Regional Economic
Development Authority
622 Nineteenth St.
Moline, IL 61265

Shauna Parsons
1608 Sauk Rd.
Dixon, IL 61021

Vanessa Martinez
206 West Railroad Street
Ohio, IL 61349

Ragen Forbes
1608 Sauk Rd.
Dixon, IL 61021

Sheila Browning
PO Box 432
La Moille, IL 61330

Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 1800-5505

Republic Services #766
P.O. Box 9001154
Louisville, KY 40290-1154

Simplex Grinnell
Dept CH 10320
Palatine, IL 60055-0320

Reyes Maldonado
4831 Wegg Avenue
East Chicago, IN 46312

Sisson, Inc.
P.O. Box 423
Sterling, IL 61081

Riley Lanham
310 East 5th Street
Rushville, IN 46173

Smith Ecological Systems Compan
1817 17th Avenue
Rockford, IL 61104

Rise Broadband
P.O. Box 2837
Omaha, NE 68103-2837

Stephanie Binkley
1200 South College Ave.
Dixon, IL 61021

Ryan Owens
435 Union Street
Marseilles, IL 61341

Taylor Pullan
12 Hurtin Blvd.
Smithtown, NY 11787